724 A.2d 347 (1999)
CYPRESS MEDIA, INC., d/b/a The Times Leader and Jennifer Learn, Appellants
v.
HAZLETON AREA SCHOOL DISTRICT.
Supreme Court of Pennsylvania.
Argued February 1, 1999.
Decided February 24, 1999.
Burt M. Rubin, Edward D. Roger, for Cypress Media, Inc., et al.
Edward P. McNelis, Hazleton, for Hazleton Area School Dist.
Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

ORDER
PER CURIAM:
Appeal dismissed as having been improvidently granted.